# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-799
LT Case No. 2018-CF-004953

_____

DONOVAN A. SMITH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Donovan A. Smith, Crawfordville, pro se.

Ashley Moody, Attorney General, and Benjamin Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

November 21, 2023


PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____